[No. 3874–1. Division One. April 4, 1977.]

CASCADE SAVINGS & LOAN ASSOCIATION, *Respondent*, v.
JOHN V. FARRELL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 119047, Thomas G. McCrea, J.,
entered May 6, 1975. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Farris, A.C.J., and Andersen,
J.

[No. 3892–43551–1. Division One. April 4, 1977.]

THE STATE OF WASHINGTON, *Appellant,* v. TERRY
LEE HOFF, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 65868, Solie M. Ringold, J., entered December
13, 1974. *Reversed* by unpublished per curiam opinion.

[No. 4235–1. Division One. April 4, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL J.
SHELTON, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 7271, Daniel T. Kershner, J.,
entered October 17, 1975. *Affirmed* by unpublished opinion
per Farris, C.J., concurred in by Williams and Andersen,
JJ.